UNITED STATES v. PASSAVANT et al. (Circuit Court of Appeals, Second Circuit. February 16, 1898.) No. 40. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane,

U. S. Atty. Stanley, Clarke & Smith, for appellees. No opinion. Judgment reversed, pursuant to the decision of the questions certified to the supreme court. 169 U. S. 16, 18 Sup. Ct. 219.